IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA, OMAHA DIVISION

JULIE A. SU,
ACTING SECRETARY OF LABOR,
UNITED STATES DEPARTMENT
OF LABOR,

Civil Action No. 8:23-cv-529

*Plaintiff,*

COMPLAINT

v.

NOAH'S ARK PROCESSORS, LLC,

*Defendant.*

## COMPLAINT

Pursuant to Section 217 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201, *et seq*. ("FLSA" or the "Act"), Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), brings this action to enjoin and restrain Defendant Noah's Ark Processors, LLC ("Defendant") from violating Sections 207, 211, and 215(a)(2) of the Act and to recover unpaid compensation, plus an equal amount in liquidated damages pursuant to Section 216(c), for Defendant's employees.

The Acting Secretary, through the Wage and Hour Division, conducted an investigation of Defendant for compliance with the FLSA. The Acting Secretary's investigation reviewed Defendant's employment and pay practices from September 26, 2021, through February 4, 2023 ("Investigation Period"). Unless stated otherwise, all allegations and conditions described herein pertain to the Investigation Period.

1

<u>**JURISDICTION AND VENUE**</u>

1.      Jurisdiction of this action is conferred upon the Court by Sections 216(c) and 217 of the Act, 29 U.S.C. §§ 216(c), 217, as well as by 28 U.S.C. §§ 1331 and 1345.

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred within this District.

3.      Pursuant to District of Nebraska Local Rule 40.1(b), the Acting Secretary has requested this matter be heard in Omaha, Nebraska.

<u>**DEFENDANTS**</u>

4.      Defendant Noah's Ark Processors, LLC ("Noah's Ark" or "Defendant") is a Minnesota limited liability company, with its headquarters and principal place of business located within this Court's jurisdiction at 1009 West M. Street, Hastings, Nebraska 68901.

5.      Noah's Ark is a kosher meat processing/packing plant and slaughterhouse, which distributes product throughout the domestic United States.

6.      Noah's Ark employed employees on the "fabrication", "kill", and "kosher" floors who graded, cut, de-boned, prepared, and packaged bovine carcasses, including but not limited to chuck, rib, loin, and round.

7.      During that time, Defendant engaged in business in Adams County, Nebraska, within this Court's jurisdiction.

<u>**THE FLSA APPLIES TO DEFENDANT**</u>

8.      Noah's Ark is an "enterprise" under the FLSA due to its related activities performed through unified operation or common control and for a common business purpose. 29 U.S.C. § 203(r).

2

9.      Noah's Ark is an "enterprise engaged in commerce" under the FLSA, because it had both: (i) more than two (2) employees who engaged in, or produced goods for, commerce; and (ii) an annual dollar volume greater than $500,000 for years 2020, 2021, and 2022. 29 U.S.C. § 215(a)(2).

10.     Noah's Ark has employed and continues to employ its employees in and about its place of business in the activities of an enterprise engaged in commerce or in the production of goods for commerce, including employees handling, processing, packaging, and/or otherwise working on goods and materials that have been moved in or produced for commerce. This includes, but is not limited to, the handling, processing, and packaging of bovine carcasses that originated outside of the State of Nebraska, which are handled, processed, and packaged for consumption outside of the State of Nebraska, as well as the use of equipment that originated outside of the State of Nebraska.

## DEFENDANTS' FLSA VIOLATIONS

11.     Defendant repeatedly violated Sections 207 and 215(a)(2) of the FLSA when it failed to pay its employees for all hours worked, including hours worked in excess of 40 in a workweek. Specifically, Defendant violated Section 207 of the FLSA when it failed to pay workers for overtime hours worked in the form of work duties performed outside the gang time hours and off of the clock. § 207(a)(1); § 215(a)(2).

12.     Defendant violated Section 207 of the FLSA when it failed to pay workers for time spent gathering equipment (boots, helmets, frocks, hairnets, gloves, knives, etc.) and cleaning tools such as knives prior to clocking in and working on the line and after leaving the line and clocking out.

13.     Defendant required its employees to don and doff personal protective equipment, including but not limited to frocks, mesh, plastic aprons, and arm guards, as well as clean equipment, including knives, before and after their scheduled shifts. Such activities were integral to the work being performed and should have been compensated.

14.     Defendant was aware of the amount of time employees spent performing these pre and post shift activities. Further Defendant knew that such uncompensated time regularly caused employees' working hours to exceed forty (40) hours in a workweek or occurred during workweeks in which employees' working hours exceeded forty (40).

15.     Despite being aware that its employees' time clock hours typically exceeded forty (40) per week, including time spent engaging in the compensable activities referenced *supra*, Defendant only paid its employees a specific amount of "gang time" hours each day.

16.     Under Defendant's gang time policy, the employee at the very end of the production line starts getting paid when the employee at the beginning of the production line starts working, and then the employee at the beginning of the production lines stops getting paid when the employee at the end of the production line stops working.

17.     The seven (7) minutes of additional time paid by Defendant each day to its employees was insufficient to compensate its employees for all hours worked pre and post shift and outside of gang time, including overtime hours.

18.     Sections 211 and 215 of the FLSA require employers to make, keep, and preserve adequate and accurate records under 29 C.F.R. Part 516. *See* § 211(c); § 215(a)(5).

19.     Defendant violated Sections 211 and 215 of the FLSA by failing to make, keep, and preserve adequate and accurate time records regarding its employees. Specifically, when it failed to record hours worked by employees off the clock and outside of gang time hours, including

4

but not limited to picking up equipment, changing into and out of personal protective equipment, cleaning up equipment, and turning in equipment at the end of the day.

### REMEDIES SOUGHT

20.     As a result of its FLSA violations, Defendant owes the employees listed in **Exhibit A** back wages and liquidated damages, under 29 U.S.C. §§ 216(c), 217. If Defendant continued to violate the FLSA after the Investigation Period, then Defendant may owe additional back wages and liquidated damages to employees.

21.     Defendant may also owe additional back wages and liquidated damages, during the Investigation Period, to its employees whose identities the Acting Secretary does not currently know.

22.     As a result of its FLSA violations, Defendant has unlawfully withheld unpaid compensation from its employees.

### PRAYER FOR RELIEF

As a result of Defendant's FLSA violations, the Acting Secretary respectfully requests this Court enter an Order:

a.     Permanently enjoining and restraining Defendant from continuing to withhold employees' unpaid overtime compensation, which the Courts find due under the FLSA. 29 U.S.C. § 217(a);

b.     Permanently enjoining and restraining Defendant from violating Sections 207, 211, and 215 of the FLSA. 29 U.S.C. § 217(a);

c.     Finding Defendant liable for unpaid overtime wages, plus equal amounts in liquidated damages, owing to Defendant's employees listed in **Exhibit A** for the Investigation

Period, as well as to other of Defendant's employees not yet known to the Acting Secretary. 29 U.S.C. § 216(c);

      d.      Pursuant to Section 216(c) of the Act, finding Defendant liable for unpaid overtime wages, plus liquidated damages, owing to Defendant's employees listed in **Exhibit A** for violations occurring after the Investigation Period, as well as to other of Defendant's employees who may be presently unknown to the Acting Secretary and who are owed unpaid wages for the Investigation Period and violations occurring thereafter;

      e.      If the Court declines to award liquidated damages, then enjoining and restraining Defendant, its officers, agents, employees, and those persons in active concert or participation with Defendant, from withholding all wages found owing to Defendant's employees, plus prejudgment interest computed at the underpayment rate established by the Acting Secretary of the Treasury pursuant to 26 U.S.C. § 6621;

      f.      Compelling Defendant to increase daily time gang paid to sufficiently compensate its employees all hours worked, including overtime hours;

      g.      Providing such other relief as this Court deems just and appropriate; and

      h.      Awarding costs.

**Dated: November 29, 2023**

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VANWIJK**
Associate Regional Solicitor

   /s/ Boyce N. Richardson          
**BOYCE N. RICHARDSON**
Attorney (Mo. Bar No. 62509)

OFFICE OF THE SOLICITOR
U.S. DEPARTMENT OF LABOR
2300 Main Street | Suite 10100
Kansas City, MO 64108
(816) 285-7270 (Direct)
(816) 285-7287 (Fax)
Richardson.Boyce.N@dol.gov
sol.kc.docket@dol.gov

*Attorneys for **Plaintiff Julie A. Su,
Acting Secretary of Labor, United States
Department of Labor***

**EXHIBIT A**

| | |
|---|---|
| Abuwisha, Ibrahim H | Barraza, William E |
| Acosta Torres, Gina | Barrera, Isaiah |
| Adame  Jr, Humberto | Barrera, Maribel |
| Adame De Portillo, Maria M | Barrientes Jr, Billy J |
| Aguiar Gonzalez, Leonardo | Becerra Garcia, Alejandro B |
| Aguilar Castillo, Enrique | Benner, Joseph R |
| Aguilar Calzado, Leonardo | Bernabe Calo, Domingo O |
| Alamo Melendezdez, Johanna | Bernabe Jacinto, Miguel |
| Alarcon, Victor M | Bernal, Roy A |
| Alba, Miguel | Biscarra, Juan |
| Alicea Maldonado, Jobiel | Brewer, James B |
| Alonso Gonzalez, Juan | Broaddus, Derrick J |
| Alvarado Constanza, Marta | Brown, Adrian |
| Alvarado Costanza, Jorge | Brown, Jubal L |
| Alvarado Esparza, Dominick | Brown, Keith A |
| Alvarado Mateo, Ely J | Burciaga, Jonathan |
| Alvarez, Avery J | Caballero Fierro, Martin J |
| Alvarez, Juan | Calvillo Ortiz, Ricardo |
| Amistad Chavez, Angela | Camacho, Ricardo |
| Anciani, Jorge A | Canas, Maria B |
| Anderson, James L | Cano, Jose E |
| Andino Riveria, Angel | Cantu, Klara |
| Andino, Gina J | Cardenas Jr, Jose A |
| Andrade, Michael | Carlson, Zach |
| Aponte Rosado, Jelissa | Carrell, Ashton S |
| Apreciado, Ruben | Carrera, Alyssa |
| Arevalo Alejo, Kimberly | Carrion Ortiz, Juan C |
| Arias Pena, Anneudis E | Caseres, Juan L |
| Arriaga, Michael | Castellanos Sarduy, Reinier |
| Arroyo Colon, Edgardo | Castillo, Albert |
| Avila, Eduardo | Castillo, Veronica |
| Ayala, Alfredo | Caudillo, Leonel |
| Ayala, Noe O | Cerda, Jose L |
| Bacon, Jimmie J | Cervantes, Uriel |
| Balles, Cristopher M | Chacon, Kristen |
| Barbee, Michael | Channel Cruz, Cristiane |
| Barbosa, Edgar O | Chavez, Willibaldo |
| Barragan, Alexis D | Christobal Loza, Daniel |
| Barraza Carrillo, Elizabeth | Cintron Rivera, Raul A |

| | |
|---|---|
| Claudio, Awilda | Dominguez, Monica |
| Collado, Jeissie J | Douglass, Jawayne S |
| Collazo, Efrain | Draper, Shane A |
| Colon Aldoy, Omar J | Duarte, Steven |
| Contreras, Austin | Dunn, Brandon R |
| Cook, Clark | Duran, Klah D |
| Coombs Iniguez, Yunior C | Eggum, Wesley C |
| Copeland, Michael E | Elicerio, Adrian |
| Coral, Jesus | Elvir, Hector A |
| Coriano Cotto, Williblas | Epting, Thomas T |
| Cornelio Valdez, Jose | Erazo, Victor L |
| Cosme, Edwin B | Escobar Valdez, Maria A |
| Crawford, Garrick A | Escobedo, Jose M |
| Cruz Garcia, Omayra N | Espinoza, Anthony |
| Cruz Pagan, Honeill | Estrada, Jacob |
| Cruz Pizarro, Paola M | Facio, Elvira |
| Cruz Vazquez, Edwin | Falcon, Victor S |
| Cruz, Cindy | Feria, Margarita |
| Cruz, Jessica M | Fernandez Alvarez, Angela L |
| Cruz, Sasha | Fernando, Hector |
| Cumba, Elvin Muriel | Figueroa Quiros, Mario |
| Curiel  Perez, Stephanie | Figueroa, Jose |
| Damian Escamilla, Menardo C | Flores Ramon, Baudilia |
| De Jesus Cruz, Janelis | Flores, Alexandra M |
| De Leon, Dixie Y | Floy Fay, Deandre M |
| Dedivanaj, Agron | Floyd Fay, Deandre M |
| Deharo, Franklin A | Foster, Peter |
| Delgado Colon, Emilen D | Francisco Toledo, Catalina L |
| Detron Pressley, Marlon | Fuentes, Sabrina |
| Dettman Jr, John D | Fuentes, Sandra E |
| Dewayne Kelly, Tony | Galacia, Petra |
| Deweese, Cory H | Galarza Cortes, Joumar M |
| Diaz Hernandez, Sandra L | Galicia Aguirre, Gloria E |
| Diaz Leon, Yasel | Gallegos, Susana E |
| Diaz, Alicia | Gallegos, Victor J |
| Diaz, Jesus E | Garay Molina, Luis M |
| Diaz, Maria G | Garay, Gerardo |
| Diaz, Nichole | Garcia II, Marcos G |
| Dolores Askew, Jasmine J | Garcia Jr., Freddie |
| Dominguez Alvarado, Araminda | Garcia marquez, Wilfredo |
| Dominguez Donis, Jose | Garcia Perez, Obdulio G |

| |
|---|
| Garcia Santiago, Francisco J |
| Garcia, Aaron |
| Garcia, Abel |
| Garcia, Alejandro |
| Garcia, Daisha |
| Garcia, Jorden C |
| Garcia, Josiah W |
| Garcia, Klarissa C |
| Garcia, Maria D |
| Garcia, Richard |
| Garcia, Vivian A |
| Garcias, Ricardo |
| Gary, Harim A |
| Garza, Jose |
| Gomez Rodriguez, David |
| Gomez Sr., Fabian B |
| Gomez, Ashley M |
| Gomez, Daniel E |
| Gomez, Melene |
| Gomez, Monica A |
| Gomez, Ricardo |
| Gonzalez Cabello, Yoel |
| Gonzalez Jr, Gerardo J |
| Gonzalez Jr., Christopher |
| Gonzalez Torres, Seira D |
| Gonzalez Ventura, Yoan M |
| Gonzalez, Amara T |
| Gonzalez, Ashley M |
| Gonzalez, David |
| Gonzalez, Elaina A |
| Gonzalez, Erik |
| Gonzalez, Erik I |
| Gonzalez, Estevan D |
| Gonzalez, Marquez D |
| Gonzalez, Nancy |
| Gonzalez, Roger A |
| Gonzalez, Victor |
| Gonzalez, Yaimara |
| Govea, Francisco J |
| Gover, Jenny L |
| Graveran  Acosta, Yulena |

| |
|---|
| Guadalupe, Alda |
| Guevara, Cristal M |
| Guillen, Michael D |
| Gutierrez Garcia, Pedro |
| Gutierrez, Maricella A |
| Gutierrez, Randy |
| Guzman, Rebecca N |
| Harrison, Michael |
| Hernandez  Rivera, Ernesto |
| Hernandez Acosta, Aramis |
| Hernandez Jr, Juan |
| Hernandez Lascaibas, Juan J |
| Hernandez Ortiz, Janilette |
| Hernandez, Fermin A |
| Hernandez, Henry |
| Hernandez, Melissa |
| Hernandez, Natalie E |
| Hernandez, Sonia |
| Herrera, Marina |
| Hinojosa, John |
| Huni, Bradley D |
| Hurtado, Eduardo |
| Ibarra, Enrique |
| Jackson Jr, Noe |
| Javier Rivera, Luis |
| Jefferson, Tristyn S |
| Johnson, Darnell C |
| Johnson, Lessica M |
| Juarez, Michelle |
| Jurado, Julio C |
| Khamir, Daniel O |
| Kilgore, Breaanna R |
| Knight Jr, James M |
| Kober, Austin L |
| Kouri, Seens K |
| Laborda Ramos, Brian O |
| Labra, Alejandra |
| Lahera Quinones, Yudit |
| Lamotte, Joel A |
| Lara, Claudio A |
| Lara, Lina |

| |
|---|
| Lastor Ramos, Maria |
| Lenox, Dakota L |
| Leon Gonzalez, Lymayry |
| Leon, Alexander |
| Lopez Fontanez, William |
| Lopez Garcia, Alberto |
| Lopez Jr., Americo |
| Lopez Quevedo, Laura V |
| Lopez Rodriguez, Arlist J |
| Lopez Roman, Alexander G |
| Lopez Sanchez, Gilberto |
| Lopez, Alex J |
| Lopez, Evelin G |
| Lopez, Jaime |
| Lopez, Julio |
| Lopez, Mario |
| Lopez, Priscilla E |
| Lopez, Rocio |
| Lopez, Rolando |
| Lopez, Sonia |
| Lopez, Valeria |
| Losoya, Mario A |
| Luciano, Bengia M |
| Mackenzie Walker, Tyler |
| Malboa Rodriguez, Yanelkys |
| Maldenado Parilla, Joel |
| Maldonado, Briana M |
| Maldonado, Richard |
| Marcano Rivera, Miguel |
| Marie Mejia, Liza |
| Marin, Jesus D |
| Marquez, Marianela |
| Marrero Lopez, Jesus O |
| Marrugo, Timethy S |
| Martinez  Pineda, Eloisa |
| Martinez Leyva, Albin |
| Martinez Ruiz, Juan |
| Martinez Santiago, Yordan |
| Martinez Viera, Lisandra |
| Martinez, Brenda |
| Martinez, Charles |

| |
|---|
| Martinez, Daniel |
| Martinez, Jesus |
| Martinez, Mario |
| Martinez, Silvia M |
| Martinez, Willie G |
| Masiel, Mahley |
| Mata, Cassandra |
| Maurice, Demarco |
| Maynez, Ramona |
| McDowell, Tony R |
| Meadows, Cody A |
| Medina Bustio, Francisco |
| Mejia, Angel A |
| Mejia, Joe |
| Melendez ALicea, Melvin |
| Melendez Arroyo, Manuel A |
| Melendez, Devin G |
| Mendez, Florinda |
| Mendoza, Angel |
| Mendoza, Daniel |
| Mercado Ramos, Danmar V |
| Millan Sanchez, Lucia |
| Milstead, Martin |
| Miranca Snowden, Taylor |
| Miranda, Yasmani |
| Misa Machado, Lilian |
| Mischovich, Nicholas J |
| Molina Castillo, Mario R |
| Molina Sanchez, Marcia B |
| Molina, Elizabeth |
| Molina, Nathaniel |
| Molina, Tatiana A |
| Moncada Ortiz, Mariel |
| Monsegur Gonzalez, Luis R |
| Montano Campa, Michael A |
| Monteagudo Zayas, Rodisnay |
| Montgomery, Danielle S |
| Montoya  Perez, Jennifer |
| Moore Jr, Jarrel L |
| Morales Hernandez, Rodriany M |
| Morales Lopez, Jesus |

| |
|---|
| Morales, Francisco J |
| Morales, Manuel G |
| Morales, Miguel A |
| Moran, Abram J |
| Moreno, Fernando J |
| Mota, Jose |
| Moya Rivera, Alfonso |
| Mueller, Jaden |
| Muniz, Jesus |
| Muralles Jr., Jose A |
| Najera, Jr., Richardo A |
| Nieves Mora, Alexis |
| Nieves Perez, Ramses A |
| Nieves, Elliot G |
| Nora, Charles |
| Noriega, Josue A |
| Nunez, Victoria |
| Oliva, Nancy |
| Olivo Lacen, Wanda I |
| Oquendo Alvarez, Vivian D |
| Oquendo Vega, Nelson |
| Orlando, Thomas J |
| Ortiz Garcia, Guadalupe |
| Ortiz Ortiz, Rafael |
| Ortiz, Javier A |
| Ortiz, Joseph L |
| Pacheco, Jazmine |
| Pacheco, SanJuanita E |
| Padilla Acosta, Carlos I |
| Pagan Garcia, Cynthia |
| Palacios, Carrisa S |
| Palencia, Anthony |
| Paulino Paulino, Sulelca |
| Pena, Bryan |
| Pena, Christina |
| Pena, Hector D |
| Perales, Cassandra L |
| Perez Bernabe, Juana |
| Perez Garcia Jr, Ramiro |
| Perez Rodriguez, Karla |
| Perez Rosado, Richard |

| |
|---|
| Perez, Fernando |
| Perez, Jessica |
| Perez, Miguel A |
| Perry, Michael A |
| Pineiro Ortiz, Martin |
| Ponce, Jesus R |
| Quesada Chacon, Osniel |
| Quinones Irizarry, Ricardo F |
| Quinones Serrano, Hector A |
| Quintana, Elexia |
| Rae Rivera, Mary M |
| Ramirez Jr, Juan R |
| Ramirez, Allen |
| Ramirez, Eduardo |
| Ramirez, Henry C |
| Ramirez, Isaac |
| Ramirez, Jr, Ruben |
| Ramirez, Roy |
| Ramirez, Stephen |
| Ramos Nieves, Ana M |
| Ramos Pena, Pablo M |
| Ramos Quintana, Carlos |
| Ramos Tellez, Orquidia |
| Ramos Yambo, Margarita |
| Ramos, Mariana |
| Rangel, Dominique R |
| Ray Rando, Jeremiah |
| Ray Villarreal, John |
| Recinos, Kimberly B |
| Reina Perez, Jesus |
| Reyes Aponte, Celimar |
| Reyes Nieves, Mike A |
| Reyes Santiago, Juan M |
| Reyes Vazquez, Leonardo |
| Reyes, Sandra L |
| Reyna Jr, Ruben D |
| Rigual, Anibal |
| Rios Cervantes, Laura |
| Rios, Antonio A |
| Rios, Robert Martin |
| Rivera Nazario, Sharymar |

| | |
|---|---|
| Rivera Rosado, Yolanda | Santana, Leonardo |
| Rivera, Carlos I | Santiago Cruz, Carlos A |
| Rivera, Juan F | Santiestevan Jr, Roberto |
| Rivera, Noe | Saquil Gomez, Delia A |
| Rivera, Renae M | Sena Jr, Christopher |
| Roa, David | Sepulveda Valdivieso, Damaris I |
| Robles Torres, Natalia | Settle, Daniel |
| Rodarte, Mary A | Sican Juarez, Fernando |
| Rodas, Andrew | Silvino, Anthoni |
| Rodriguez Rebollo, Caroline | Simmons Jr, Otis |
| Rodriguez Rosado, Diego | Sims, Joshua A |
| Rodriguez, Charles | Sinohui Romero, Baudelia |
| Rodriguez, Daniel | Stanford, Domanic R |
| Rodriguez, Jesus A | Stanford, Dominic R |
| Rodriguez, Jose L | Steven Dominguez, Bryan |
| Rodriguez, Marieliz | Storz, Brandon D |
| Rodriguez, Michael | Suar Jimon, Martina |
| Rodriguez, Minerba | Summers, Devon J |
| Rodriguez, Roberto | Tamez, Danny |
| Rodriguez, Saphire R | Tapia, Carlito J |
| Rodriguez, Tomas | Tomlin, Nathaniel L |
| Rojas Peralta, Alexander | Toro, Norma |
| Romero, Gilberto | Torres Cortes, Wilbert |
| Romero, Gustavo | Torres Delgado, Milagros |
| Rondon Reyes, Luis F | Torres Gonzalez, Jorge A |
| Rosado Figueroa, Loraine | Torres Jr, David M |
| Rosales, Wilfredo A | Torres, Emilio I |
| Rose Acevedo, Allison | Torres, Jean L |
| Ross Castro, Preston | Torres, Jesse |
| Ruiz, Ann M | Torrez, Gino |
| Ryan Garza, Justin | Toyo Artiles, Iraida |
| Salas, Marco A | Toyo Artiles, Maida |
| Salazar, Christopher D | Trevino, Anthony E |
| Saldana, Ross A | Trevino, Sergio |
| Salinas Jr, Joe L | Valdes Diaz, Dainery |
| Sanabria Hernandez, Edwin F | Valdes, Omar |
| Sanchez Santiago, Luis A | Valdovinos, Athena A |
| Sanchez, Brian L | Valencia Berrios, Flor |
| Sanchez, Jaime | Vargas Navarez, Milliangely |
| Sanchez, Steven | Vasquez, Beatriz |
| Sandoval Garcia, Rafael | Vasquez, Rosa I |

13

| | |
|---|---|
| Vega Rios, Liz | Virola Alamo, Jose A |
| Vega Rosario, Carlos M | Weber, Christine M |
| Vega, Juan | Wessels, Bryan A |
| Velasquez Castellanos, Jose J | White, Frank |
| Velez, Emiliano | Williams, Antwon L |
| Ventura Ventura, Noe | Williams, Christopher N |
| Verdecia Acuna, Ricardo | Wilson Canela, Alexander |
| Vicente Vicente, Erick | Yari Gonsales Roldan, Kathia |
| Villalobos Rivas, Rafael | Zackery, Johanna C |
| Villalobos Tejedo, Emevelin T | Zelaya, Edwin A |
| Villareal, Rose Mary | Zepeda Zepeda, Licda E |
| Villegas Gonzalez, Reynaldo F | Zollicoffer, Sam |

14